CGFD108 (12/01/20)



**ORDERED in the Southern District of Florida on May 21, 2024**



**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 24−14931−PDR

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Antonio Tavaris Brown
aka Antonio Tavaris Brown Sr., aka Antonio T. Brown Sr.
3600 Estate Oak Circle
Fort Lauderdale, FL 33312

SSN: xxx−xx−8428

## ORDER AUTHORIZING INDIVIDUAL CHAPTER 11 DEBTOR(S) TO MANAGE FINANCIAL AFFAIRS

   **THIS MATTER** came before the Court upon the petition filed on **May 20, 2024**. This Court finds that, pending further order of this Court, the Debtor(s)−in−Possession should be authorized to manage his/her financial affairs and substitute debtor−in−possession bank accounts for pre−petition bank accounts, in accordance with §§1107 and 1108, or §1184, as applicable, of Title 11, United States Code. Accordingly, it is

   **ORDERED** that:

1. Absent further order of the Court, the Debtor(s) will continue in possession and control of his/her property and, as debtor(s)−in−possession, is/are authorized to manage his/her financial affairs and property, and has/have the powers of a trustee to the extent provided by 11 U.S.C. §§1107 and 1108, or §1184, as applicable.

2. The debtor(s)−in−possession, consistent with 11 U.S.C. §345 of the Bankruptcy Code, is/are authorized to open and maintain bank accounts for the deposit, investments, and disbursement of monies of the estate.

# # #

The clerk shall serve a copy of this order on the Debtor and, if applicable, Attorney for Debtor.