**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**

In Re:                                                                    Case No.: 24-14931-PDR
                                                                                Chapter 11
ANTONIO TAVARIS BROWN

          Debtor
_____/

### SUBCHAPTER V TRUSTEE'S NOTICE OF UNAVAILABILITY

          SubChapter V Trustee, Soneet R. Kapila, ("Trustee") hereby files this Notice of

Unavailability for the period of July 10, 2024, through July 25, 2024.  Trustee respectfully

requests the forbearance of all counsel and Court from scheduling any significant

hearings, trials, or deadlines during my absence.


          **I HEREBY CERTIFY** that a true copy of the foregoing was electronically mailed

via CM/ECF to the Office of the U.S. Trustee, the Debtor's counsel, and another other

parties registered to receive CM/ECF emails on May 21, 2024.

Dated: May 21, 2024


                                                  By**:_____/s/Soneet R. Kapila_____**
                                                        Soneet R. Kapila, SubChapter V Trustee
                                                        Post Office Box 14213
                                                        Fort Lauderdale, FL 33130
                                                        Phone: 954/761-8707
                                                        Fax: 954/761-1033
                                                        e-mail: trustee@kapilamukamal.com

---

**Soneet R. Kapila**   •    **Federal Bankruptcy Trustee** •    **Southern District of Florida**

Post Office Box 14213 • Fort Lauderdale, Florida 33302 • Telephone (954) 761-8707 •  Facsimile  (954) 761-1033
www.kapilatrustee.com