UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**
www.flsb.uscourts.com

In re:

ANTONIO TAVARIS BROWN,

Case No. 24-14931-PDR
Chapter 11
(Subchapter V)

_____Debtor_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Antonio Tavaris Brown, ("Debtor) files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11
   (filing date of petition if voluntary chapter 11 petition):

   **Response:** May 20, 2024.

2. Names, case numbers and dates of filing of related debtors:

   **Response:** None.

3. Description of debtor's business:

   **Response:** CAB Records, Inc., is a comprehensive entertainment, management, publishing and distribution service.

4. Locations of debtor's operations and whether the business premises are leased or owned:

   **Response:** 3017, NW 60th Street, Ft. Lauderdale, Florida 33309.

5. Reasons for filing chapter 11:

   **Response:** Debtor, Antonio Tavaris Brown, filed for Chapter 11, due to the financial burden that has been brought on by Judgments entered against Debtor and/or his businesses in Florida.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

    **Response:** Antonio Brown – has not been paid a salary during the last year.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

    **Response:**   Year to Date for 2024: $0.0
    2023: $69,000.00

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations:

    **Response:** None.

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

    **Response:** None/Undetermined.

    c. Amount of unsecured claims:

    **Response:** $2,931,158.51 (estimated).

9. General description and approximate value of the debtor's assets:

    **Response:**

    a) Cash and cash equivalents: $5,000.00
    b) Other Property: Clothing and furnishing at his homestead.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

    **Response:** None.

11. Number of employees and amounts of wages owed as of petition date:

    **Response:** None.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

    **Response:** None.

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    **Response:** Debtor may file a motion to extend the automatic stay to his company, CAB Records, which is his sole sources of income.

Dated: May 23, 2024.

By:  /s/ Antonio Tavaris Brown
      Antonio Tavaris Brown
      Debtor



Respectfully submitted,

**LORIUM PLLC**
*Proposed Counsel for Debtor*
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561.361.1000
Facsimile: 561.672.7581
Email: jgrant@loriumlaw.com

By: /s/ Joe M. Grant
     JOE M. GRANT
     Florida Bar No. 137758

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of May, 2024, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all parties and counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **/s/ Joe M. Grant**
JOE M. GRANT

## SERVICE LIST

***Served via CM/ECF:***

- J. Steven Wilkes, steven.wilkes@usdoj.gov
- Benny Gonzalez, benny.j.gonzalez-leon@usdoj.gov
- Soneet R. Kapila, skapila@kapilamukamal.com, subVtrustee@kapilaco.com