UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

In re:
Antonio Tavaris Brown                                            Case No. 24-14931-PDR
            Debtor.                                                     Chapter 7
_____/

EXPARTE AGREED RENEWED
MOTION TO EXTEND DEADLINE FOR
DISCHARGEABILITY
COMPLAINT FOR CLAIMS 13 AND 18

Creditors Secure The Bag Entertainment, LLC Claim 13 and Ryan Kane claim 18,

(the Creditors) move to extend the deadline to object to dischargeability of their debts, and

respectfully represent:

Creditors have contacted and conferred with counsel for the Debtor who has

agreed to extension of the discharge deadline.

This case was filed 5/20/24. At a hearing January 15, 2026 the court heard

Creditors' Motion For Extension of Time to File Objections to Dischargeability  for their

claims, ECF 374 , and  the deadline in which to object to the dischargeability  of their

Debts  was extended through March 28, 2026  (DE 401) without prejudice to  seek a

further extension.

This agreed motion seeks further extension. Therefore, this motion is timely filed.

Debtor has now also objected to the Creditors claims ECF 407 and 408.

Creditors wish to avid wasteful litigation and therefore request the deadline be

extended through July 31, 2026.


WHEREFORE, Creditors hereby request this court grant  an extension in which they can
file objections to dischargeability through July 31, 2026.

I hereby certify that a true and correct copy of the foregoing was served via Electronic and/or U.S. Mail, upon all parties set forth below this  17th day of  March 2026.

By:/s/ Joel M. Aresty, Esq
JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
Counsel for Creditors
309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
Fl 197483