

**ORDERED in the Southern District of Florida on April 3, 2026.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

ANTONIO TAVARIS BROWN,                                Case No. 24-14931-PDR
                                                      Chapter 7

        Debtor

_____/

**ORDER GRANTING EXPARTE MOTION OF**
**BLANCHARD LAW, P.A. TO  ALLOW ATTORNEY JAKE C. BLANCHARD**
**TO APPEAR BY ZOOM AT HEARING SET FOR APRIL 9, 2026 AT 10:30 A.M.**

THIS MATTER came before the Court without a hearing, upon the Ex Parte Motion of

Blanchard Law, P.A. to allow Attorney Jake C. Blanchard to appear by Zoom at hearing set for

April 9, 2026 at 10:30 a.m. (Doc. 422) (the "Motion"). The Court, having considered the Motion,

hereby:

4932-9667-4973, v. 2

ORDERED

1.      The Motion is GRANTED.

2.      Attorney Jake C. Blanchard is authorized to appear by Zoom at the Hearing (as described in the Motion) set for April 9, 2026, at 10:30 a.m.

####

Submitted by:
Jake C. Blanchard, Esq.
Blanchard Law, PA
8221 49TH Street North
Pinellas Park, FL 33781
Tel: 727-531-7068
Fax: 727-535-2086
jake@jakeblanchardlaw.com
service@jakeblanchardlaw.com
Fla. Bar No.: 0055438
Debtor's Counsel

*(Jake C. Blanchard is directed at serving a copy of this order on all appropriate parties and file a certificate of service with the Court).*

4932-9667-4973, v. 2