**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
www.flsb.uscourts.gov

In re:                                                                          Chapter 7

ANTONIO TAVARIS BROWN,                                     Case No. 24-14931-PDR

      Debtor.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Trustee's*

*Expedited Motion to Sell Free and Clear of Liens (Real Property Pursuant to 11 U.S.C. §§ 363(B),*

*(F) and (M))* *(ECF 424)* was served on April 9, 2026 by transmission of Notices of Electronic Filing

generated by CM/ECF to those parties registered to receive electronic notices of filing in this case

and via U.S. Mail to those parties listed on the attached Mailing Matrix.

Dated:  April 9, 2026                                  Respectfully submitted,

                                    By: */s/ D. Brett Marks*
                                    D. Brett Marks, Esq.
                                    Florida Bar No. 099635
                                    brett.marks@akerman.com
                                    Eyal Berger, Esq.
                                    Florida Bar No. 011069
                                    eyal.berger@akerman.com
                                    **AKERMAN LLP**
                                    201 E. Las Olas Blvd., Suite 1800
                                    Fort Lauderdale, Florida  33301
                                    Tel: (954) 463-2700
                                    Fax: (954) 463-2224
                                    *Attorneys for Leslie S. Osborne, Chapter 7 Trustee*

86160730;1

Label Matrix for local noticing
113C-0
Case 24-14931-PDR
Southern District of Florida
Fort Lauderdale
Thu Apr  9 16:07:49 EDT 2026

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Broward County
Attn: Bankruptcy Section,
115 S. Andrews Ave.
Room A-100
Ft. Lauderdale, FL 33301-1888

IPFS Corporation (Chandler)
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

Secure The Bag Entertainment LLC
c/o Joel Aresty
309 1st Ave S
Tierra Verde, Fl 33715-2231

The Bruce Dandrew Living TrustDandrew
c/o Martinez-Monfort P.A.
4427 West Kennedy Blvd.
Suite 250
Tampa, FL 33609-2004

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Anton Tumanov
339 Jackson Street, #12
Hollywood, FL 33019-2016

Anton Tumanov
3556 NW 24th Street
Lauderdale Lakes, FL 33311-2613

Anton Tumanov
c/o James Schwitalla, Esquire
12954 SW 133RD CT
Miami, FL 33186-5806

Avanti Solutions, LLC
c/o Salvatore V. Tarantino
W278N2961 Rocky Point Road
Pewaukee, WI 53072-4338

Bank of America
Po Box 982238
El Paso, TX 79998-2238

Broward County
c/o Records, Taxes & Treasury
Attn:  Bankruptcy Section
115 S. Andrews Ave. A-100
Ft. Lauderdale, FL 33301-1888

Broward County Tax Collector
Attn: Bankruptcy Section
115 S. Andrews Ave. A-100
Ft. Lauderdale, FL 33301-1888

CAB RECORDS, INC.
Harvard Business Services, Inc.
c/o Registered Agent
16192 Coastal Highway
Lewes, DE 19958-3608

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane La
Monroe, LA 71203-4774

Child Support Enforcement
Attn: Bankruptcy
Po Box 8030
Tallahassee, FL 32314-8030

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

Joel M. Aresty
309 1st Ave S
Tierra Verde, FL 33715-2231

KCB Marketing, Inc.
1205 NE 95th Street
Miami Shores, FL 33138-2549

KCB Marketing, Inc.
c/o Joseph A. Costello, Esq.
Cosello Law, LLC
One West Las Olas Blvd., Suite 600
Fort Lauderdale, FL 33301-1928

Kia Motors Finance
Attn: Bankruptcy
Po Box 20825
Fountain Valley, CA 92728-0825

Mercedes - Benz Financial Services
Attn: Bankruptcy
P.O. Box 685
Roanoke, TX 76262-0685

Midway Leasing
Attn: Bankruptcy Department
4751 Wilshire Blvd., Suite 120
Los Angeles, CA 90010-3838

Nexum Group
3700 34th Street
Orlando, FL 32805-6601

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PHH Mortgage
Po Box 5452
Mt Laurel, NJ 08054-5452

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Parkland Ambulance Service Inc, dba Mohawk A
357 Kings Road
Attn:  Jane Quinlan
Schenectady, NY 12304-3645

Peoples Natural Gas Company LLC
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753

Ryan Kane
c/o Wolfe Law Miami PA
175 SW 7th Street, Suite 2410
Miami, FL 33130-2966

Shuki International, Inc.
c/o Stone & Stone
2625 Townsgate Rd., Ste. 330
Westlake Village, CA 91361-5749

Soneet R. Kapila, Subchapter V Trustee
PO Box 14213
Fort Lauderdale, FL 33302-4213

Stefano Tedeschi
8725 White Ibis Ct
Orlando, FL 32836-5488

Steven H. Stone
Stone & Stone
2625 Townsgate Rd., Ste. 330
Westlake Village, CA 91361-5749

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Wells Fargo Home Mortgage
Po Box 10335
Des Moines, IA 50306-0335

ZUL QARNAIN NANTAMBU
Hunt & Kahn, PA
PO Box 934788
Margate, FL 33093-4788

Zul Qarnain Nantambu
c/o Paul Cannella, Esq.
1141 S.E. 2nd Ave
Fort Lauderdale, FL 33316-1007

Zul Qaruain Nantambu
PO Box 934788
Margate, FL 33093-4788

Antonio Tavaris Brown
3600 Estate Oak Circle
Fort Lauderdale, FL 33312-6279

Chad Van Horn
500 NE 4th Street
Suite 200
Fort Lauderdale, FL 33301-1163

Ilan D Scharf,
1700 Broadway, 36th Floor
New York, NY 10019-5975

Jake Blanchard
8221 49th Street North
Pinellas Park, FL 33781-1538

Jason A. Welt
401 E Las Olas Blvd #1400
Ft Lauderdale, FL 33301-2218

Leslie S Osborne
1300 N. Federal Hwy., Ste. 203
Boca Raton, FL 33432-2848

Nicholas Buchanan
3801 W Bay to Bay Blvd.
Tampa, FL 33629-6825

Samantha L Dammer
15316 N. Florida Avenue
Tampa, FL 33613-1257

ZUI QARNAIN NAUTAMBU
Hunt & Kahn, P.A.
935 Northwest 31st Ave
PO BOX 934788
MARGATE, FL 33093-4788

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101

(d)PNC Financial
Attn: Bankruptcy
300fifth Ave
Pittsburgh, PA 15222

(d)PNC Mortgage
Attn: Bankruptcy
8177 Washington Church Rd,
Dayton, OH 45458

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(d)Mercedes Benz Financial Services
Attn: Bankruptcy
P.O. Box 685
Roanoke, TX 76262-0685

(d)Secure The Bag Entertainment, LLC
c/o Joel Aresty
309 1st Ave S
Tierra Verde, FL 33715-2231

(u)Anton Tumanov

(u)Ryan Kane

(u)Samantha Dammer

(d)Stefano Tedeschi
8725 White Ibis Ct.
Orlando, FL 32836-5488

End of Label Matrix
Mailable recipients    51
Bypassed recipients     7
Total                  58