UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

In re:
Antonio Tavaris Brown                                    Case No. 24-14931-PDR
            Debtor.                                                  Ch 7
_____/

Ex Parte Motion for Leave to Attend April 23, 2026 10:30 AM
Hearings Remotely

Undersigned moves for leave to attend the April 23, 2026 hearings,  re Objections to Claims  of  Creditors Ryan Kane (#18) DE 407 and Secure The Bag Entertainment LLC (#13) DE 408, for counsel and creditor,  via zoom, not for the presentation of evidence and respectfully represents the following to the court:

Good cause is shown by reason of the following Facts:

1.      This motion is timely filed. The matter should be unopposed. Hearing is non-evidentiary.

2.      Undersigned counsel resides in and has his office near St. Pete Beach on the West coast of Florida, a five hour drive each way, which should not be done in one day safely. Flying would require at least three hours there and three hours back and is unreliable.

3.      Pre-Pandemic telephone hearings were routinely available for counsel located out of the district. Remote hearings save significant travel time and expense, which also improves attorney work-life balance and reduces the carbon emissions that accompany car or jet travel.

4.      The Rules support remote appearances for just, speedy and inexpensive determination of routine matters: Fed. R. Bankr. P. 1001.

5.      Like most civil hearings  will be  essentially an oral colloquy between the lawyers and the court. This sort of colloquy can be done equally well in a videoconference as opposed to in person.

Wherefore counsel respectfully requests remote access to the hearing.

Respectfully Submitted

**I hereby certify** that a true and correct copy of the foregoing was served upon registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party

JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
Counsel for Creditors
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax: 1-877-350-9402
E-mail: Aresty@Mac.com
By:/s/: Joel M. Aresty  Fla.
Bar No. 197483