

**ORDERED in the Southern District of Florida on April 13, 2026.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

In re:
Antonio Tavaris Brown                                    Case No. 24-14931-PDR
                    Debtor.                               Sub V Chapter 11

_____/

### ORDER GRANTING EXPARTE MOTION FOR LEAVE TO ATTEND HEARING APRIL 23, 2026 at 10 :30 AM REMOTELY

**THIS CAUSE** having come before the Court ex parte on Creditors' Motion for leave to attend hearing remotely April 23, 2026 at 10:30 AM, ECF   426, and good cause and justification having been shown, and the court being otherwise fully advised, it is upon consideration, ORDERED

That the motion is GRANTED, and Counsel and Creditors may attend the hearing via zoom.

###

Submitted by: Joel M. Aresty, Joel M. Aresty P.A., 309 1st Ave S, Tierra Verde Fl 33715, Phone: 305-904-1903, Fax 1-800-559-1870, Aresty@icloud.com; Attorney Aresty is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service