**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                    |          Case No. 24-14931-PDR
                                                                              |           Chapter 11
ANTONIO TAVARIS BROWN                              |
                                                                              |
_____/
                    Debtor(s)

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Soneet R. Kapila, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $ 0.00.  The case was dismissed (or converted, as applicable) with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on March 11, 2025, the Court ordered compensation of $15,202.66 be awarded to the trustee.  These funds were paid by the debtor to the trustee on January 31, 2025 and April 15, 2025.  I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal (or conversion, as applicable).  I request that I be discharged from any further duties as trustee.

Date: May 12, 2026                    By: _____*/s/Soneet R. Kapila*_____
                                                          Soneet R. Kapila
                                                          Subchapter V Trustee
                                                          Post Office Box 14213
                                                          Fort Lauderdale, FL 33302
                                                          Phone: 954-761-8707
                                                          Fax: 954-761-1033
                                                          Email: SubVTrustee@kapilaco.com

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR B**